PETER E. BRIXIE, S.B.#124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884
Email: peterbrixie@gmail.com

**Attorney for MIKE GREEN**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GREEN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant | **CASE NO.:   2:17-CV-01992-EFB**<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of March 26, 2018.  I have one other motion summary judgments due on the same day as well as nine hearings this month. The extension is needed due to press of business in plaintiff's attorney's office.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

1 | This is the 1st request for extension by plaintiff.
2 |
3 | Dated: 2/15/18                    /s/ *Peter Brixie*
4 |                                   PETER BRIXIE
  |                                   Attorney at Law
  |                                   Attorney for Plaintiff
5 |
6 |
7 | Dated: 2/15/18                    /s/ Jennifer A. Kenney
  |                                   JENNIFER A. KENNEY
  |                                   Special Assistant U. S. Attorney
8 |                                   Attorney for Defendant
9 |
10 |                       ____ooo__
11 |                   APPROVED AND SO ORDERED
12 | Dated: February 15, 2018.
13 |
   |                       [signature]
   |                   EDMUND F. BRENNAN
14 |                   UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION