PETER E. BRIXIE, S.B.#124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884
Email: peterbrixie@gmail.com

**Attorney for MIKE GREEN**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GREEN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant | **CASE NO.: 2:17-CV-01992-EFB**<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of April 25, 2018. I have one other motion summary judgments due this month as well as ten hearings this month. The extension is needed due to press of business in plaintiff's attorney's office.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

This is the 2nd request for extension by plaintiff.

Dated: 3/21/18                    /s/ *Peter Brixie*
                                  PETER BRIXIE
                                  Attorney at Law
                                  Attorney for Plaintiff


Dated: 3/21/18                    /s/ Jennifer A. Kenney
                                  JENNIFER A. KENNEY
                                  Special Assistant U. S. Attorney
                                  Attorney for Defendant

____ooo__

APPROVED AND SO ORDERED

Dated: March 21, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION