1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  JENNIFER A. KENNEY, CSBN 241625
   Special Assistant United States Attorney
5         160 Spear Street, Suite 800
6         San Francisco, California 94105
          Telephone: (415) 977-8945
7         Facsimile: (415) 744-0134
          E-Mail: jennifer.a.kenney@ssa.gov
8
9  Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MIKE GREEN, | Case No.: 2:17-CV-1992-EFB |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FILE HER CROSS-MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment and file her Cross-Motion for Summary Judgment. This extension is requested because Defendant's counsel is experiencing an exceptionally heavy workload at this time, including twelve additional district court filing deadlines over the next month. The additional time requested is needed to adequately research the issues presented in this case. The current due date is May 25, 2018. The new due date will be June 24, 2018.

Stip. & Prop. Order to Extend 2:17-CV-1992-EFB            1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 23, 2018 */s/ Peter Brixie*
(as authorized by email)
PETER BRIXIE
Attorney for Plaintiff

Dated: May 23, 2018 MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX,
Social Security Administration

By: */s/ Jennifer A. Kenney*
JENNIFER A. KENNEY
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 31, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE